**Motion Granted; Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00938-CR

_____

**JEREMY ONEIL FOUNTAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1339400**

## ORDER

On November 8, 2013, appellant's counsel, George Powell, filed a brief stating the appeal in this cause is frivolous, under the authority of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967) and *Currie v. State*, 516 S.W.2d 683 (Tex. Crim. App. 1974), as interpreted in *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

It appears from the record that appellant's counsel is retained on appeal. The *Anders* procedural safeguards are not applicable to an appellant who is represented by a retained attorney. *See Nguyen v. State* 11 S.W.3d 376 (Tex. App.—Houston [14th Dist.] 2000, no pet.). The Court has granted counsel's motion to withdraw, and now orders the *Anders* brief stricken. Appellant is directed to obtain new counsel to file a brief on his behalf. Appellant's brief is due within 30 days of the date of this order. If appellant does not retain new counsel, the court will review appellant's pro se brief filed September 27, 2013. If appellant has reconsidered his desire to proceed with his appeal in light of his first appellate attorney's determination that the appeal is frivolous, he should file a motion to dismiss the appeal asking that his notice of appeal be withdrawn. *See* Tex. R. App. P. 42.2. If appellant's counsel was appointed rather than retained, counsel shall file a motion with this court requesting reinstatement of appellant's *Anders* brief.

PER CURIAM